IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  CASE NO. 1:88-cr-01026-MP-AK

CHARLES L DAVIS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 3405, the unopposed Motion to Continue Evidentiary Hearing, filed by Charles L. Davis. The motion is granted, and the evidentiary hearing currently set for July 7, 2005 is hereby continued and reset for Wednesday August 3, 2005 at 10:00 a.m.

**DONE AND ORDERED** this  *30th*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge