IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:88-cr-01026-MP-AK

CHARLES L DAVIS,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 3436, Emergency Motion to Extend Deadline for Self-Surrender by Sixty Days.  The motion is denied.

**DONE AND ORDERED** this  *10th*  day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge