IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:88-cr-01026-MP-AK

CHARLES L DAVIS,

     Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 3426, Mr. Davis' motion for reconsideration.  In the motion, Mr. Davis moves the Court to reconsider the denial of his motions for downward departure and/or variance from the U.S. Sentencing Guidelines computation pursuant to United States v. Booker, 543 U.S. 220, 125 S. Ct. 738 (2005), and further requests that in reconsidering the denial of these motions the Court craft a sentence for Mr. Davis proportionate to the terms of imprisonment received by other co-defendants.  Having reviewed the motion, the Court determines that the matters raised now are essentially the same that were raised, considered, and denied, at time of the sentencing.  Accordingly, the motion is denied.

**DONE AND ORDERED** this *8th* day of December, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge