# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                              CASE NO.  1:88-CR-01026-17 MMP

CHARLES L. DAVIS

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_  Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Charles L. Davis #42268-018_____ (Payee)
Address:   FCI Fort Dix
           PO Box 2000
           Fort Dix, NJ 08640

Receipt Number __B121206_____   Date of Receipt ____1/3/07_____

Motion: N/A

Explanation: A review of the payment records for Mr. Davis indicates an overpayment of $50.00. According to the court dockets and financial records, Mr. Davis does not owe any additional money and should be reimbursed $50.00.

WILLIAM M. McCOOL, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
              Philip Detweiler, Financial Specialist        Date:  January 25, 2007

Referred by: _____,Deputy Clerk

## ORDER OF COURT

It is ORDERED this __25th_____ day of ___January____, 2007, that the Clerk refund the identified funds to the payee.

                                              _s/Maurice M. Paul_____
                                              MAURICE M. PAUL, SENIOR
                                              UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99