IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:88-cr-01026-MP

CHARLES L DAVIS,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 3490, the government's Motion to Continue the resentencing of Charles L Davis. The motion is granted, and resentencing is hereby reset for July 9, 2008 at 10:30 a.m.

**DONE AND ORDERED** this  *24th*  day of June, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge