IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                    CASE NO. 1:88-cr-01026-MP

CHARLES L DAVIS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3498, Motion to Alter Judgment by Charles L Davis. In the motion, the Defendant correctly points out that the Amended Judgment, entered after the July 9, 2008, resentencing, and dated July 16, 2008, contained three clerical errors. First, contrary to the findings of the Court during sentencing and the Eleventh Circuit in its Mandate, the Amended Judgment indicated the "Date Offense Concluded" for Count Two was March 9, 1993. In fact, it should have been changed to February 3, 1987. Second, the same is true for the "Date Offense Concluded" for Count Three. Third, in the middle of the second page, the Amended Judgment wrongly stated that the Sentencing Reform Act of 1984 and the

Sentencing Guidelines applied to Defendant.  Those provisions do not apply, however, based on the Eleventh Circuit's Mandate.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk is directed to enter a Second Amended Judgment which sets February 3, 1987, as the "Date Offense Concluded" for Counts Two and Three.  The Second Amended Judgment should also state that the Sentencing Reform Act and the Sentencing Guidelines do not apply.  Thus, Mr. Davis is not subject to the non-parole provisions of Sentencing Reform Act.

    **DONE AND ORDERED** this  *3rd*  day of September, 2008

                  *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge